IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:18-CR-00025-1 |
| ) | |
| SHAWN WAYNE FARRIS ) | |

NOTICE

Comes now the Defendant, Shawn Wayne Farris, by counsel, and gives notice of his intent to enter a plea of guilty without a plea agreement.

SHAWN WAYNE FARRIS

By: s/ Seth C. Weston, Esq.
Counsel

Seth C. Weston, Esq.
Law Office of Seth C. Weston, PLC
313 Campbell Avenue SW
Roanoke, Virginia 24016
(O) (540) 342-5608
(F) (540) 301-2209
Email: seth@scwestonlaw.com
Bar # 47523
Counsel for Shawn Wayne Farris

Certificate of Service

I hereby certify that I electronically filed this motion on September 12, 2019, with the Clerk of the Court using the CM-ECMF system, which will electronically notice all counsel of record.

s/ Seth C. Weston
Counsel for Defendant