# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 1:18CR00025-1 |
| ) | |
| v.                            ) | **ORDER** |
| ) | |
| **SHAWN WAYNE FARRIS,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant.                   ) | |

The Court denied the defendant's motion pursuant to 28 U.S.C. § 2255 by Opinion and Order entered October 26, 2023, ECF No. 1458. Based upon the Court's finding that the defendant has not made the requisite showing of denial of a substantial right, it is further **ORDERED** that a certificate of appealability is DENIED.

ENTER: October 27, 2023

/s/  JAMES P. JONES
Senior United States District Judge